535 P.2d 1051

Leila M. BROOKER, surviving spouse of Frederick E. Brooker, Deceased, Appellant,

v.

Willard S. HUNTER and Dora Lee Hunter, his wife, G. T. Hoffman and Anne E. Hoffman, his wife, and Arizona Orthopedists, P.C., a corporation, Appellees.

No. 11949–PR.

Supreme Court of Arizona,
In Banc.
May 29, 1975.
Rehearing Denied July 1, 1975.

Norman Herring, Phoenix, for appellant.

Robbins, Green, O'Grady & Abbuhl, by Richard W. Abbuhl, Phoenix, for appellees Hunter and Arizona Orthopedists, P.C.

Jack M. Anderson and John S. Schaper, Phoenix, for appellees Hoffman.

Charles M. Brewer, Phoenix, for appellee Hunter.

PER CURIAM:

This case comes before us on a petition to review the decision of the Court of Ap-

peals affirming the granting of summary judgment in favor of two physicians in a medical malpractice case. 22 Ariz.App. 510, 528 P.2d 1269 (1974).

After review was accepted, this Court granted the motion of the plaintiff-appellant to supplement the record with two additional depositions which inadvertently had not been sent forward from the superior court.

After reviewing the entire record, together with the additional depositions, we conclude that the decision of the Court of Appeals was correct. The opinion of the Court of Appeals is approved and the judgment of the trial court is affirmed.